Exhibit A to the Complaint

**Location:** Crofton, MD
**Total Works Infringed:** 25
**IP Address:** 73.173.13.121
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 4BD4EAA1DC0958A48BD37DA0BA02AD893D39EE77 | Vixen | 11/22/2017 00:28:56 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 2 | 0E823B382990074BFBC6784356AB02638F625609 | Vixen | 06/14/2017 06:58:07 | 06/13/2017 | 07/06/2017 | 15584691589 |
| 3 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/08/2017 05:47:51 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 4 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/07/2017 17:54:41 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 5 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 08/04/2017 16:17:13 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 6 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/22/2017 07:38:43 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 7 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/22/2017 19:48:16 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 8 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 05/26/2017 08:23:49 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 9 | 46161EE4AD53F51B827C0DE61AE49F60447F3371 | Blacked Ra | 11/13/2017 23:25:30 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 10 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 07/29/2017 03:45:27 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 11 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/09/2017 21:41:34 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 12 | 738308B67D61BC5464CAB9A248C29975195384A3 | Blacked | 10/12/2017 22:31:42 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 13 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Ra | 11/04/2017 22:07:46 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 14 | 7D226D78C203435698C02D505141ACF6F84CD7A0 | Tushy | 07/12/2017 00:47:20 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 15 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 10/12/2017 06:50:06 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 16 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Ra | 11/17/2017 07:40:09 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 17 | 973306499CCF5C90FB3899481EE9FDB896D23743 | Blacked | 12/07/2017 | 12/06/2017 | 12/17/2017 | 16159688299 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
|  |  |  | 18:41:32 |  |  |  |
| 18 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 11/16/2017 18:07:32 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 19 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/21/2017 07:34:15 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 20 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 07/16/2017 20:30:08 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 21 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 06/16/2017 07:06:37 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 22 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 08/14/2017 06:27:43 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 23 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | Blacked | 08/24/2017 07:41:24 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 24 | F4AA138039846AD2D2205FAA3036CD827E520187 | Tushy | 10/23/2017 05:40:11 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 25 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | Vixen | 08/25/2017 03:37:34 | 08/22/2017 | 09/07/2017 | PA0002052852 |