UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STRIKE 3 HOLDINGS, LLC,            )
                                   )
   Plaintiff,                      )   Civil Case No. 1:18-cv-00406-ELH
                                   )
v.                                 )
                                   )
JOHN DOE subscriber assigned IP address )
73.173.13.121,                     )
                                   )
   Defendant.                      )
_____)

**[~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until July 8, 2018 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this 9th day of May, 2018.

By: _____
United States District Judge
Honorable Ellen L. Hollander